STATE of Missouri, Respondent,

v.

Kevin Lee ROGERS, Appellant.

No. WD 66937.

Missouri Court of Appeals, Western District.

May 13, 2008.

Shaun J. Mackelprang, Jayne T. Woods, Jefferson City, MO, for respondent.

Margaret M. Johnston, Columbia, MO, for appellant.

Before JOSEPH M. ELLIS, P.J., LISA W. HARDWICK and JOSEPH P. DANDURAND, JJ.

### ORDER

PER CURIAM.

Kevin Rogers appeals his convictions for felony possession of a controlled substance, section 195.202, RSMo 2000, misdemeanor resisting a lawful stop, section 575.150, RSMo Cum.Supp.2006, and misdemeanor careless and imprudent driving, section 304.012, RSMo 2000, and concurrent sentences of six years imprisonment, one year in jail, and four months in jail, respectively. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. **Rule 30.25(b).**

STATE of Missouri, Respondent,

v.

Bilah K. RALLS, Appellant.

No. WD 66508.

Missouri Court of Appeals, Western District.

May 13, 2008.

Matthew Ward, Columbia, MO., for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Robert J. (Jeff) Bartholomew, Office of Attorney General, Jefferson City, MO., for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

PER CURIAM.

Bilah K. Ralls (hereinafter "Ralls") appeals his conviction for possession of a controlled substance in violation of section 195.202, RSMo 2000. In his sole point on appeal he seeks plain error review of the court's decision to send to the jury room during deliberations a baggie of crack cocaine contained within an evidence bag even though both bags had been admitted into evidence. We decline to exercise plain error review. The argument falls below the level of frivolousness and we affirm the conviction pursuant to Rule 30.25(b).